Before STATE INDUSTRIAL BOARD, Respondent. JOHN J. HERNE and Others, Claimants, Respondents, v. J. P. LEWIS COMPANY and Another, Appellants.— Motion denied, without costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

HOWARD H. HALBERT, Respondent, v. EDGAR L. BEALE and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk and Hasbrouck, JJ.; McCann, J., not sitting.

SAMUEL P. KELLAM, Respondent, v. CHARLES A. McLEAN, Appellant.— Motion granted, with ten dollars costs, unless the appellant pays such costs and perfects the appeal in time for argument at the next term of this court, in which event motion is denied, without costs. Present — Cochrane, P. J., H. T. Kellogg, Hinman, Hasbrouck and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. LUCY KOVEL, Claimant, Respondent, v. ACORN MANUFACTURING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Hinman, Hasbrouck and McCann, JJ.

ALBERT R. KNAPP, an Infant, by ALBERT B. KNAPP, His Guardian ad Litem, Respondent, v CHARLES M. LAVALLEY, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, Hasbrouck and McCann, JJ.

LEO LAWARE, Appellant, v. NATIONAL SURETY COMPANY, Respondent.— Order and judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hasbrouck and McCann, JJ.; H. T. Kellogg, J., not sitting.

In the Matter of the Estate of ELIZABETH S. EATON, Deceased.— Motion denied, without costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.